ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/28/2025 11:22 AM
CHRISTOPHER A. PRINE
CLERK

| | |
|---|---|
| **Appellate Docket Number:** 15-25-00020-cv | |
| **Appellate Case Style:** SafeLease Insurance Services, LLC | |
| **Vs.** Storable, Inc., et al | |
| **Companion Case(s):** | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/28/2025 11:22:52 AM
CHRISTOPHER A. PRINE
Clerk

Amended/Corrected Statement ☐

# DOCKETING STATEMENT (Civil)

Appellate Court:     15th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| **I. Appellant** | **II. Appellant Attorney(s) - Continued** |
|---|---|
| ☐ Person  ☒ Organization | ☒ Lead Attorney          Retained Attorney |
| Name: Storable, Inc., et al | Name: Dale Wainwright |
| ☐ Pro Se | Bar No. 00000049 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Greenberg Traurig |
| Address: | Address 1: 300 West 6th Street |
| City/State/Zip: | Address 2: Suite 2050 |
| Tel.          Ext.          Fax: | City/State/Zip: Austin, Texas 78701 |
| Email: | Tel. (512) 320-7200   Ext. 7226   Fax: (512) 320-7210 |
| **II. Appellant Attorney(s)** | Email: dale.wainwright@gtlaw.com |
| ☐ Lead Attorney          Retained Attorney | ☐ Lead Attorney          Retained Attorney |
| Name: Justin Bernstein | Name: Ray T. Torgerson |
| Bar No. 24105462 | Bar No. 24003067 |
| Firm/Agency: Greenberg Traurig | Firm/Agency: Porter Hedges LLP |
| Address 1: 300 West 6th Street | Address 1: 1000 Main Street, 36th Floor |
| Address 2: Suite 2050 | Address 2: |
| City/State/Zip: Austin, Texas 78701 | City/State/Zip: Houston, Texas 77002 |
| Tel. (512) 320-7200   Ext. 7240   Fax: (512) 320-7210 | Tel. (713) 226-6000   Ext.          Fax: (713) 226-6000 |
| Email: bernsteinju@gtlaw.com | Email: rtorgerson@porterhedges.com |
| ☐ Lead Attorney          Retained Attorney | ☐ Lead Attorney          Retained Attorney |
| Name: Elizabeth "Liza" Eoff | Name: Jonna N. Summers |
| Bar No. 24095062 | Bar No. 24060649 |
| Firm/Agency: Porter Hedges LLP | Firm/Agency: Porter Hedges LLP |
| Address 1: 1000 Main Street, 36th Floor | Address 1: 1000 Main Street, 36th Floor |
| Address 2: | Address 2: |
| City/State/Zip: Houston, Texas 77002 | City/State/Zip: Houston, Texas 77002 |
| Tel. (713) 226-6000   Ext.          Fax: (713) 226-6000 | Tel. (713) 226-6000   Ext.          Fax: (713) 226-6000 |
| Email: leoff@porterhedges.com | Email: jsummers@porterhedges.com |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ☐Person ☒Organization<br><br>Name: SafeLease Insurance Services, LLC<br><br>☐ Pro Se<br><br>*If Pro Se Party, enter the following information:*<br><br>Address:<br><br>City/State/Zip:<br><br>Tel.      Ext.      Fax:<br><br>Email: | ☐ Lead Attorney     Retained Attorney<br><br>Name: R. Paul Yetter<br><br>Bar No. 22154200<br><br>Firm/Agency: Yetter Coleman LLP<br><br>Address 1: 811 Main Street<br><br>Address 2: Suite 4100<br><br>City/State/Zip: Houston, Texas 77002<br><br>Tel. (713) 632-8000   Ext.    Fax:<br><br>Email: pyetter@yettercoleman.com |

## IV. Appellee Attorney(s)

| | |
|---|---|
| ☐ Lead Attorney     Retained Attorney<br><br>Name: Susanna R. Allen<br><br>Bar No. 24126616<br><br>Firm/Agency: Yetter Coleman LLP<br><br>Address 1: 811 Main Street<br><br>Address 2: Suite 4100<br><br>City/State/Zip: Houston, Texas 77002<br><br>Tel. (713) 632-8000   Ext.    Fax:<br><br>Email: sallen@yettercoleman.com | ☐Lead Attorney     Retained Attorney<br><br>Name: Luke A. Schamel<br><br>Bar No. 24106403<br><br>Firm/Agency: Yetter Coleman LLP<br><br>Address 1: 811 Main Street<br><br>Address 2: Suite 4100<br><br>City/State/Zip: Houston, Texas 77002<br><br>Tel. (713) 632-8000   Ext.    Fax:<br><br>Email: lschamel@yettercoleman.com |
| ☐ Lead Attorney     Retained Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency: Yetter Coleman LLP<br><br>Address 1: 811 Main Street<br><br>Address 2: Suite 4100<br><br>City/State/Zip: Houston, Texas 77002<br><br>Tel. (713) 632-8000   Ext.    Fax:<br><br>Email: ssmith@yettercoleman.com | ☐ Lead Attorney     Retained Attorney<br><br>Name: Judd E. Stone II<br><br>Bar No. 24076720<br><br>Firm/Agency: Stone Hilton PLLC<br><br>Address 1: 600 Congress Ave.<br><br>Address 2:<br><br>City/State/Zip: Austin, Texas 78748<br><br>Tel. (737) 465-3897   Ext.    Fax:<br><br>Email: judd@stonehilton.com |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Injunction

Date Order or Judgment signed: 02/19/2025                Type of Judgment: Interlocutory Order

Date Notice of Appeal filed in Trial Court: 02/25/2025

   If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:     ☒ Yes   ☐ No

   If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):
   Tex. Civ. Prac. & Rem. Code § 51.014(a)(4) because appeal of an order granting a temporary injunction

---

Accelerated Appeal (See TRAP 28):     ☒ Yes   ☐ No

   If yes, please specify statutory or other basis on which appeal is accelerated:
   Tex. R. App. P. 28.1(a); Tex. Civ. Prac. & Rem. Code § 51.014(a)(4)

---

Parental Termination or Child Protection? (See TRAP 28.4):     ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):     ☐ Yes   ☒ No

   If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):     ☐ Yes   ☒ No

   If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?     ☐ Yes   ☒ No

   If yes, please specify statutory or other basis for such status:

---

Does this case involve an amount under $100,000?     ☐ Yes   ☒ No

Judgment or Order disposes of all parties and issues?     ☐ Yes   ☒ No

Appeal from final judgment?     ☐ Yes   ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?     ☐ Yes   ☒ No
If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.
   If yes, is the Attorney General of Texas a party to the case?     ☐ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes   ☒ No | If yes, date filed: | |
| Motion to Modify Judgment: | ☐ Yes   ☒ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes   ☒ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes   ☐ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes   ☒ No | If yes, date filed: | |
| Other: | ☐ Yes   ☒ No | | |

   If Other, please specify:

| VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.) |
|---|

Was Statement of Inability to Pay Court Costs filed in the trial court?    ☐ Yes  ☒ No

   If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?    ☐ Yes  ☒ No

   If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?    ☐ Yes  ☒ No

   Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?    ☐ Yes  ☒ No

   Date of Order:

   If yes, trial court finding:  ☐ Challenge Sustained  ☐ Overruled

| VIII.  Bankruptcy |
|---|

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

   ☐ Yes  ☒ No

   If yes, please attach a copy of the petition.

   Date bankruptcy filed:

   Bankruptcy Case Number:

| IX.  Trial Court and Record |
|---|

Court: Third Division, Business Court of Texas

County: Travis County

Trial Court Docket No. (Cause No.):
   25-BC03A-0001

Trial Court Judge (who tried or disposed of the case):

   Name: Hon. Melissa Davis Andrews

   Address 1: P.O. Box 12066

   Address 2:

   City/State/Zip: Austin, Texas 78711

   Tel. (512) 463-1589  Ext.          Fax:

   Email: BCDivision3A@txcourts.gov

**Clerk's Record**

Trial Court Clerk: ☑ District    ☐ County

Was Clerk's record requested?  ☑ Yes  ☐ No

   If yes, date requested: 02/25/2025

   If no, date it will be requested:

Were payment arrangements made with clerk?

   ☑ Yes    ☐ No    ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?    ☒ Yes  ☐ No

Was Reporter's Record requested?    ☒ Yes  ☐ No

    If yes, date requested: 02/25/2025

    If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☒ Yes  ☐ No

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No  ☐ Indigent

| | |
|---|---|
| ☒ Court Reporter　☐ Court Recorder<br>☐ Official　　　　☐ Substitute<br>Name: Donna Goree<br>Address 1: 205 West 14th Street, Suite 600<br>Address 2:<br>City/State/Zip: Austin, TX 78701<br>Tel. (979) 533-3544 Ext.　　Fax:<br>Email: donna.goree.csr3909@gmail.com | ☒ Court Reporter　☐ Court Recorder<br>☐ Official　　　　☐ Substitute<br>Name: Kimberly Kidd<br>Address 1: 205 West 14th Street, Suite 600<br>Address 2:<br>City/State/Zip: Austin,TX 78701<br>Tel. (919) 533-0422 Ext.　　Fax:<br>Email: kkidd295th@live.com |

## X. Supersedeas Bond

Supersedeas bond filed?  ☐ Yes  ☒ No

    If yes, date filed:

    If no, will file?  ☐ Yes  ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?  ☒ Yes  ☐ No

    If yes, briefly state the basis for your request:

      Stay of temporary injunction pending resolution of appeal.

**XII. Alternative Dispute Resolution/Mediation**
**(Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)**

Should this appeal be referred to mediation? ☐ Yes ☒ No

    If no, please specify: Appellants believe mediation would not be productive.

Has this case been through an ADR procedure? ☐ Yes ☒ No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR? ☐ Pre-Trial ☐ Post-Trial ☐ Other

      If other, please specify:

Type of Case? Injunction

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    The temporary injunction was erroneously granted because, inter alia, the elements for a temporary injunction were not supported by sufficient evidence and the case was untimely removed to the business court through improper forum shopping.

How was the case disposed of? Ongoing. Temporary injunction granted.

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages: $ 0.00

    Punitive (or similar) damages: $ 0.00

    Attorney's fees (trial): $ 0.00

    Attorney's fees (appellate): $ 0.00

    Other:

      If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality:

| **XII. Alternative Dispute Resolution/Mediation - Continued** |
| :--- |
| **(Complete section if filing in the 1ˢᵗ, 2ⁿᵈ, 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, 8ᵗʰ, 10ᵗʰ, 11ᵗʰ, 13ᵗʰ, or 14ᵗʰ Court of Appeals.)** |

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐1 ☐2 ☒3 ☐4 ☐5

Please make my answer to the preceding questions known to other parties in this case? ☐ Yes ☒ No

Can the parties agree on an appellate mediator? ☐ Yes ☒ No

If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone: Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:
Justin Bernstein

| **XIII. Related Matters** |
| :--- |
| List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style. |

Court: 3rd Court of Appeals    Docket: 03-25-00048-CV

Style: SafeLease Insurance Services, LLC

Vs. Storable, Inc., et al.

Court: Select Appellate Court    Docket:

Style:

Vs.

Court: Select Appellate Court    Docket:

Style:

Vs.

Court: Select Appellate Court    Docket:

Style:

Vs.

Court: Select Appellate Court    Docket:

Style:

Vs.

Court: Select Appellate Court    Docket:

Style:

Vs.

| XIV. | **Pro Bono Program:** |
|---|---|
| | **(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)** |

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☐ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer's or employee's official conduct?  ☐Yes  ☒No

If the answer is yes, does this appeal involve:
- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a proceeding brought under Chapter 21, Labor Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

| | 02/28/2025 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| /s/ Justin Bernstein | 24105462 |
| Printed Name | State Bar No. |
| /s/ Justin Bernstein | Justin Bernstein |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Justin Bernstein

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 24105462 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
- (1) the date and manner of service;
- (2) the name and address of each person served, and
- (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| **Please enter the following for each person served:** | |
|---|---|
| Date Served: 02/28/2025 <br> Manner Served: eServe <br> Name: R. Paul Yetter <br> Bar No. 22154200 <br> Firm/Agency: Yetter Coleman LLP <br> Address 1: 811 Main Street <br> Address 2: Suite 4100 <br> City/State/Zip: Houston, Texas 77002 <br> Tel. (713) 632-8000    Ext.        Fax: <br> Email: pyetter@yettercoleman.com <br> Party: Appellee | Date Served: 02/28/2025 <br> Manner Served: eServe <br> Name: Susanna R. Allen <br> Bar No. 24126616 <br> Firm/Agency: Yetter Coleman LLP <br> Address 1: 811 Main Street <br> Address 2: Suite 4100 <br> City/State/Zip: Houston, Texas 77002 <br> Tel. (713) 632-8000    Ext.        Fax: <br> Email: sallen@yettercoleman.com <br> Party: Appellee |
| Date Served: 02/28/2025 <br> Manner Served: eServe <br> Name: Luke A. Schamel <br> Bar No. 24106403 <br> Firm/Agency: Yetter Coleman LLP <br> Address 1: 811 Main Street <br> Address 2: Suite 4100 <br> City/State/Zip: Houston, Texas 77002 <br> Tel. (713) 632-8000    Ext.        Fax: <br> Email: lschamel@yettercoleman.com <br> Party: Appellee | Date Served: 02/28/2025 <br> Manner Served: eServe <br> Name: Shannon N. Smith <br> Bar No. 24110378 <br> Firm/Agency: Yetter Coleman LLP <br> Address 1:811 Main Street <br> Address 2:Suite 4100 <br> City/State/Zip: Houston, Texas 77002 <br> Tel. (713) 632-8000    Ext.        Fax: <br> Email: ssmith@yettercoleman.com <br> Party: Appellee |
| Date Served: 02/28/2025 <br> Manner Served: eServe <br> Name: Judd E. Stone II <br> Bar No. 24076720 <br> Firm/Agency: Stone Hilton PLLC <br> Address 1: 600 Congress Ave. <br> Address 2: <br> City/State/Zip: Austin, Texas 78748 <br> Tel. (713) 632-8000    Ext.        Fax: <br> Email: judd@stonehilton.com <br> Party: Appellee | |

| **Please enter the following for each person served that is not an attorney for a party:** | |
|---|---|
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                Ext.<br>Fax:<br>Email: |

# Docketing Statement (Civil) – Addendum
## Appellate Court: 15th Court of Appeals

**Appellate Docket Number: 15-25-00020-CV**

**Appellate Case Style**: *SafeLease Insurance Services, LLC vs. Storable, Inc., et al*

## I.    Appellant

Storable, Inc.; RedNova Labs (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP (collectively "Storable" or "Appellants")

## II.    Appellant Attorney

Retained Attorney
Name:  Lakshmi N. Kumar
Bar No. 24144581
Firm/Agency: Porter Headges, LLP
Address: 1000 Main Street, 36th Floor, Houston, Texas 77002
Tel: (713) 226-6000
Fax: (713) 226-6000
Email: lkumar@porterhedges.com

## III.    Appellee

Safelease Insurance Services, LLC

## IV.    Appellee Attorney(s)

Retained Attorney
Name:  Christopher D. Hilton
Bar No. 24087727
Firm/Agency: Stone Hilton PLLC
Address: 600 Congress Ave., Austin, Texas 78748
Tel: (737) 465-3897
Email: chris@stonehilton.com

Retained Attorney
Name:  Alexander M. Dvorscak
Bar No. 24120461
Firm/Agency: Stone Hilton PLLC
Address: 600 Congress Ave., Austin, Texas 78748
Tel: (737) 465-3897
Email: alex@stonehilton.com

## IX.     Trial Court and Record – Continued
Court: Third Division, Business Court of Texas
County: Travis County
Trial Court Docket No.: 25-BC03A-0001
Trial Court Judge: Hon. Melissa Davis Andrews
Address: 1700 Guadalupe, 10th Floor, Austin, Texas 78701
Email: BCDivision3A@txcourts.gov

> Court Reporter
> Name: Lorrie A. Schnoor
> Address: 2330 Vernell Way
> Tel: (512) 474-2233
> Email: laschnoor@prodigy.net

Court: 200th Judicial District
County: Travis County
Trial Court Docket No.: D-1-GN-24-010233
Trial Court Judge: Hon. Jessica Mangrum
Address: 1700 Guadalupe, 9th Floor, Austin, Texas 78701
Email: 200.submission@traviscountytx.gov

> Court Reporter
> Name: Janis Simon
> Address: 1700 Guadalupe, 10th Floor, Austin, Texas 78701
> Tel: (512) 854-9373
> Email: janis.simon@traviscountytx.gov

## Please enter the following for each person Served:

Date Served:  02/27/2025
Manner Served: eService
Name:  Christopher D. Hilton
Bar No. 24087727
Firm/Agency: Stone Hilton PLLC
Address: 600 Congress Ave., Austin, Texas 78748
Tel: (737) 465-3897
Email: chris@stonehilton.com
Party: Counsel for Appellee

Date Served:  02/27/2025
Manner Served: eservice
Name:  Alexander M. Dvorscak
Bar No. 24120461
Firm/Agency: Stone Hilton PLLC
Address: 600 Congress Ave., Austin, Texas 78748
Tel: (737) 465-3897
Email: alex@stonehilton.com
Party: Counsel for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Docketing Statement Addendum was served on counsel of record listed above by using the Court's e-filing system on the 28th day of February, 2025.

 */s/ Justin Bernstein*
Justin Bernstein

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 97919599
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement + Addendum
Status as of 2/28/2025 11:42 AM CST

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 2/28/2025 11:22:52 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 2/28/2025 11:22:52 AM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Lakshmi Kumar | | lkumar@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 2/28/2025 11:22:52 AM | SENT |

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Yetter Coleman | | efile@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 2/28/2025 11:22:52 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 2/28/2025 11:22:52 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 2/28/2025 11:22:52 AM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 2/28/2025 11:22:52 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 97919599
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement + Addendum
Status as of 2/28/2025 11:42 AM CST

Associated Case Party: SafeLease Insurance Services, LLC

| R. Paul Yetter | | pyetter@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
|---|---|---|---|---|
| Susanna R.Allen | | sallen@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |
| Delonda Dean | | ddean@yettercoleman.com | 2/28/2025 11:22:52 AM | SENT |